UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

DALLAS ARCHER,

                   Defendant.
------------------------------------------------------------X

**MEMORANDUM**

22 Cr. 640 (KMK)

TO:  KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

    Please find attached a transcript of the February 12, 2025, plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: February 20, 2025
       White Plains, New York

                                                Respectfully submitted,

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge

February 20, 2025

    This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge