**LAW OFFICE OF SAM A. SCHMIDT**
29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
Facsimile (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

June 18, 2025

Honorable Kenneth M. Karas, USDJ
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

*Re: U.S. v. Dallas Archer*
22 Cr. 640 (KMK)

Dear Judge Karas:

I am requesting that your Honor permit the filing under seal the redacted portion of footnote 7 on page 7 of the reply memorandum.

Thank you for your consideration of this request.

Granted.

So Ordered.

/s/
6/18/25

Sincerely yours,
/s/
Sam A. Schmidt