Case 7:22-cr-00640-KMK   Document 492   Filed 07/22/25   Page 1 of 1

## LAW OFFICE OF SAM A. SCHMIDT

29 BROADWAY Suite 1412
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4668
E-mail lawschmidt@aol.com

Sam A. Schmidt, Esq.

July 22, 2025

Honorable Kenneth M. Karas, USDJ
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: U.S. v. Dallas Archer
22 Cr. 640 (KMK)

Dear Judge Karas:

I have reviewed the judgment for Mr. Archer that was filed on July 18, 2025. The judgment indicates that the offense ended on November 2023. Mr. Archer was arrested on December 1, 2022. There is no allegation that Mr. Archer continued to participate in the Racketeering conspiracy after his arrest.[1] Therefore, I respectfully request that the judgment be amended to reflect that the offense of conviction as it relates to Dallas Archer is December 2022.

Should your Honor require any additional information, please contact me at your convenience. Thank you for your Honor's consideration.

The Judgment will not be amended, as it accurately tracks the allegations in the Indictment. That Mr. Archer was arrested before the end date of the charged conspiracy does not legally absolve him from participation in the conspiracy to its conclusion. See United States v. Leslie, 658 F.3d 140, 143-44 (2d Cir. 2011) (noting that "while arrest or incarceration may constitute a withdrawal from a conspiracy, it does not follow that in every instance it must.") (omitting quotation).

Respectfully submitted,

/s/

Sam A. Schmidt, Esq.

So Ordered. _____  7/24/25

[1] Having reviewed submissions by the government for co-defendants, it is clear that some of the co-defendants may have continued participation in the conspiracy subsequent to their arrests. There are no allegations that Mr. Archer participated in the conspiracy after his arrest.

1